AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Damich, Edward J. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>08/07/2020 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
|---|---|---|

**7. Chambers or Office Address**

National Courts Building
717 Madison Pl., N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | K | T | | | | | |
| 2. Unimproved Lots, Punta Gorda, FL ($5,000) | | None | K | S | | | | | |
| 3. Rental Property, Key West, FL | E | Rent | | | Sold | 11/04/19 | | | |
| 4. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 5. TIAA/CREF (variable annuity) (H) | E | Int./Div. | O | T | | | | | |
| 6. --George Mason University Defined Contribution Plan | A | Interest | O | T | | | | | |
| 7. ---TIA Traditional | C | Interest | L | T | | | | | |
| 8. ---CREF Stock R2 | | None | N | T | | | | | |
| 9. ``Widener University Defined Contribution Retirement Plan | C | Interest | M | T | | | | | |
| 10. --Widener Univ Tax Deferred Annuity Plan | A | Interest | J | T | | | | | |
| 11. Morgan Stanley PM Acct (H) | C | Int./Div. | N | T | | | | | |
| 12. --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |
| 13. --AIG Focused Div Strat A | A | Dividend | | | Buy | 01/09/19 | J | | |
| 14. -- | | | | | Sold | 04/15/19 | J | A | |
| 15. --Alger Weatherbie SPZD GRW FD Z (X) | A | Dividend | J | T | | | | | |
| 16. --AMG TimesSq Intl SM CP I | | None | | | Sold | 01/09/19 | J | | |
| 17. --Ark Innovation ETF | | None | | | Sold<br>(part) | 01/09/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -- | | | | | Buy | 03/15/19 | J | | |
| 19.   -- | | | | | Sold<br>(part) | 06/20/19 | J | | |
| 20.   -- | | | | | Sold | 10/29/19 | J | | |
| 21.   --Catalyst Millburn HGD Strat I | | None | | | Sold<br>(part) | 03/15/19 | J | | |
| 22.   -- | | | | | Sold<br>(part) | 04/15/19 | J | | |
| 23.   -- | | | | | Sold | 09/11/19 | J | A | |
| 24.   --Del Emerging Mkt Inst | | None | | | Buy | 01/09/19 | J | | |
| 25.   -- | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 26.   -- | | | | | Sold | 04/15/19 | J | A | |
| 27.   --EV Floating Rate I | A | Dividend | | | Sold | 01/09/19 | J | | |
| 28.   --First Trust Valu.LN Div IDX | A | Dividend | K | T | Buy | 01/09/19 | J | | |
| 29.   -- | | | | | Sold<br>(part) | 04/15/19 | J | B | |
| 30.   -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 31.   -- | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 32.   --First Trust Amex Biotech | | None | | | Sold<br>(part) | 05/23/19 | J | | |
| 33.   -- | | | | | Sold | 06/20/19 | J | | |
| 34.   --First Trust Develp Mkt Ex-US | | None | | | Sold | 01/09/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. First Trust DJ Internet Idx | | None | | | Buy | 01/09/19 | J | | |
| 36. -- | | | | | Buy<br>(add'l) | 03/15/19 | J | | |
| 37. -- | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 38. -- | | | | | Sold<br>(part) | 05/23/19 | J | | |
| 39. -- | | | | | Sold | 09/11/19 | J | A | |
| 40. --First Truat Low Duration Opp | A | Dividend | J | T | Buy | 01/09/19 | J | | |
| 41. -- | | | | | Sold<br>(part) | 03/15/19 | J | A | |
| 42. --First Trust NASDAQ 100 Tech | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 43. -- | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 44. --Franklin Dynatech Advisor | A | Dividend | K | T | Buy | 10/29/19 | K | | |
| 45. --FT-Preferred Secur & Inc ETF | | None | | | Sold | 01/09/19 | J | | |
| 46. --Guggenheim Total Return BD I | A | Dividend | | | Sold<br>(part) | 01/09/19 | J | | |
| 47. -- | | | | | Buy<br>(add'l) | 04/15/19 | J | | |
| 48. -- | | | | | Sold | 08/26/19 | J | A | |
| 49. --Hartford Intl Value I | | None | | | Sold | 01/09/19 | J | | |
| 50. --Hartford Multifactor Dev | A | Dividend | | | Buy | 01/09/19 | J | | |
| 51. -- | | | | | Buy<br>(add'l) | 04/15/19 | J | | |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- | | | | | Sold (part) | 06/20/19 | J | | |
| 53. -- | | | | | Sold | 08/12/19 | J | A | |
| 54. --Hartford SCHRDR Int MLTCP VL I | A | Dividend | | | Buy | 01/09/19 | J | | |
| 55. -- | | | | | Sold | 04/15/19 | J | A | |
| 56. --Health Care Sel Sect SPDR FD | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 57. --Industrial Sel Sec SPDR FD | A | Dividend | | | Sold | 06/20/19 | J | | |
| 58. --INVESCO BulletShares 2020 High | A | Dividend | | | Buy | 03/15/19 | J | | |
| 59. -- | | | | | Buy (add'l) | 04/15/19 | J | | |
| 60. -- | | | | | Sold | 08/23/19 | J | | |
| 61. --INVESCO BulletShares 2021 High | A | Dividend | J | T | Buy | 03/15/19 | J | | |
| 62. -- | | | | | Buy (add'l) | 04/15/19 | J | | |
| 63. --INVESCO Dynamic Software ETF | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 64. --INVESCO QQQ Trust Series 1 | A | Dividend | K | T | Buy | 06/20/19 | J | | |
| 65. -- | | | | | Buy (add'l) | 09/11/19 | J | | |
| 66. -- | | | | | Buy (add'l) | 10/29/19 | J | | |
| 67. --INVESCO Total Return Bond ETF | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 68. -- | | | | | Buy (add'l) | 08/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --ISHARES Core 10+ USD Bond | A | Dividend | J | T | Buy | 08/23/19 | J | | |
| 70.   --ISHARES Core Dividend Growth | A | Dividend | K | T | Buy | 04/15/19 | J | | |
| 71.   -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 72.   -- | | | | | Buy<br>(add'l) | 10/29/19 | J | | |
| 73.   --ISHARES Core S&P Total US Stock | A | Dividend | K | T | Buy | 03/15/19 | J | | |
| 74.   --Loomis Growth Y | | None | | | Sold<br>(part) | 03/15/19 | J | | |
| 75.   -- | | | | | Sold | 06/20/19 | J | A | |
| 76.   --Loomis SR FLTNG RT & FX INC Y | A | Dividend | | | Sold<br>(part) | 03/15/19 | J | | |
| 77.   -- | | | | | Buy | 01/09/19 | J | | |
| 78.   -- | | | | | Sold | 06/20/19 | J | C | |
| 79.   --Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 80.   --MSIF Growth I | | None | | | Buy | 06/20/19 | K | | |
| 81.   -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 82.   -- | | | | | Sold | 10/29/19 | K | | |
| 83.   --MSIF Intl Advantage PTF I | A | Dividend | J | T | Buy<br>(add'l) | 10/29/19 | J | | |
| 84.   --Nationwide Geneva SMCP GW F | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 85.   --Nuveen High Income December 19 | A | Dividend | | | Sold<br>(part) | 01/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -- | | | | | Sold | 03/15/19 | J | | |
| 87.   --Nuveen High Income 2020 Target | A | Dividend | | | Buy | 01/09/19 | J | | |
| 88.   -- | | | | | Sold | 03/15/19 | J | | |
| 89.   --Pacer Benchmark Data & Infra | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 90.   --PACER TrendPilot US Large Cap 750 | | None | | | Sold<br>(part) | 01/09/19 | J | | |
| 91.   -- | | | | | Sold | 03/15/19 | K | | |
| 92.   --PACER TP 100 ETF | | None | | | Sold<br>(part) | 01/09/19 | J | | |
| 93.   -- | | | | | Sold | 03/15/19 | J | | |
| 94.   --PGIM Absolute Return Bond Z | A | Dividend | | | Sold<br>(part) | 01/09/19 | J | | |
| 95.   -- | | | | | Sold | 04/15/19 | J | | |
| 96.   --PGIM QMA Long-Short Equity Z | | None | | | Sold<br>(part) | 01/09/19 | J | | |
| 97.   -- | | | | | Sold | 06/20/19 | J | | |
| 98.   --PowerShares S&P Mid 400 DVD Arist | A | Dividend | | | Sold<br>(part) | 09/11/19 | J | | |
| 99.   -- | | | | | Sold | 10/29/19 | J | A | |
| 100.  --Real Estate Select Sect SPDR | A | Dividend | J | T | Buy | 06/20/19 | J | | |
| 101.  -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 102.  -- | | | | | Sold<br>(part) | 10/29/19 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --SPDR Portf Emerg Mkt ETF | A | Dividend | J | T | Buy | 04/15/19 | J | | |
| 104.  -- | | | | | Sold<br>(part) | 09/11/19 | J | | |
| 105.  -- | | | | | Sold<br>(part) | 10/29/19 | J | | |
| 106.  --SPDR S&P 600 Sm Cap Val ETF | A | Dividend | J | T | Sold<br>(part) | 05/23/19 | J | | |
| 107.  --Vanguard Mid Cap Value ETF | A | Dividend | J | T | Buy | 10/29/19 | J | | |
| 108.  --Western Asset Macro Opport | A | Dividend | J | T | Sold<br>(part) | 03/15/19 | J | A | |
| 109.  Morgan Stanley IRA (H) | D | Int./Div. | N | T | | | | | |
| 110.  --AIG Foc Div Strat A | A | Dividend | | | Buy | 01/08/19 | J | | |
| 111.  -- | | | | | Sold | 04/12/19 | K | A | |
| 112.  --Alger SMID Cap Focus Z (X) | | None | | | Sold<br>(part) | 01/08/19 | J | | |
| 113.  -- | | | | | Sold<br>(part) | 03/13/19 | J | | |
| 114.  --Alger Weatherbie SP Growth Z | A | Dividend | J | T | Sold<br>(part) | 01/08/19 | J | | |
| 115.  --AMG Times Sq Intl SM CP I | | None | | | Sold | 01/08/19 | J | | |
| 116.  --ARK Innovation | | None | | | Sold<br>(part) | 01/08/19 | J | | |
| 117.  -- | | | | | Buy | 03/13/19 | J | | |
| 118.  -- | | | | | Sold<br>(part) | 05/23/19 | J | | |
| 119.  -- | | | | | Sold<br>(part) | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -- | | | | | Sold | 10/24/19 | J | | |
| 121.  --Catalyst Millburn Hgd Strat I | | None | | | Sold<br>(part) | 03/13/19 | J | | |
| 122.  -- | | | | | Sold<br>(part) | 04/12/19 | J | | |
| 123.  -- | | | | | Sold | 10/24/19 | J | A | |
| 124.  --Delaware Emerging Markets Inst | | None | | | Buy | 01/08/19 | J | | |
| 125.  -- | | | | | Buy<br>(add'l) | 03/13/19 | J | | |
| 126.  -- | | | | | Sold | 04/12/19 | J | B | |
| 127.  --Fidelity Adv Grw Oppor I | | None | | | Buy | 08/23/19 | K | | |
| 128.  -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 129.  -- | | | | | Sold | 10/24/19 | K | A | |
| 130.  --First TR Valu.LN Div | A | Dividend | L | T | Buy | 01/08/19 | K | | |
| 131.  -- | | | | | Sold<br>(part) | 03/13/19 | J | | |
| 132.  -- | | | | | Buy<br>(add'l) | 06/14/19 | J | | |
| 133.  -- | | | | | Buy<br>(add'l) | 09/11/19 | J | | |
| 134.  -- | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 135.  -- | | | | | Sold<br>(part) | 12/27/19 | J | C | |
| 136.  --First Trust AMEX Biotech | | None | | | Sold<br>(part) | 05/23/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -- | | | | | Sold | 08/02/19 | J | | |
| 138.  --First Trust Develp Mkt Ex-US | | None | | | Sold | 01/08/19 | J | | |
| 139.  --First Trust DJ Internet Idx | | None | | | Buy | 01/08/19 | J | | |
| 140.  -- | | | | | Buy (add'l) | 03/13/19 | J | | |
| 141.  -- | | | | | Buy (add'l) | 04/12/19 | J | | |
| 142.  -- | | | | | Sold (part) | 05/23/19 | J | | |
| 143.  -- | | | | | Sold | 10/24/19 | K | A | |
| 144.  --First Trust Low Duration Opp | A | Dividend | J | T | Buy | 01/08/19 | K | | |
| 145.  -- | | | | | Sold (part) | 03/13/19 | J | | |
| 146.  -- | | | | | Buy (add'l) | 10/24/19 | J | | |
| 147.  -- | | | | | Sold (part) | 12/27/19 | J | A | |
| 148.  --First Trust NASDAQ 100 Tech | A | Dividend | J | T | Sold (part) | 01/09/19 | J | A | |
| 149.  -- | | | | | Buy (add'l) | 10/29/19 | J | | |
| 150.  --Franklin Dynatech Advisor | A | Dividend | K | T | Buy | 10/24/19 | K | | |
| 151.  -- | | | | | Sold (part) | 12/27/19 | J | A | |
| 152.  --FT Preferred Secur & Inc ETF | | None | | | Sold | 01/08/19 | J | | |
| 153.  --Guggenheim Total Return Bd I | A | Dividend | | | Sold (part) | 01/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  -- | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 155.  -- | | | | | Sold | 08/26/19 | K | A | |
| 156.  --Hartford MultiFactor Develop | A | Dividend | J | T | Buy | 01/08/19 | K | | |
| 157.  -- | | | | | Sold<br>(part) | 06/14/19 | J | | |
| 158.  -- | | | | | Sold<br>(part) | 08/12/19 | K | A | |
| 159.  -- | | | | | Buy<br>(add'l) | 12/27/19 | J | | |
| 160.  --Hartford SCHR US Mid Cap Opp | A | Dividend | | | Sold | 04/12/19 | J | | |
| 161.  --Health Care SEL Sect SPDR FD | A | Dividend | | | Sold | 05/23/19 | J | A | |
| 162.  --Industrial Sel Sec SPDR Fd | A | Dividend | | | Buy | 01/08/19 | J | | |
| 163.  -- | | | | | Sold | 06/14/19 | J | | |
| 164.  --INVESCO BulletShares 2020 HY | A | Dividend | | | Buy | 03/13/19 | J | | |
| 165.  -- | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 166.  -- | | | | | Sold | 08/23/19 | K | | |
| 167.  --INVESCO Bullet Shares 2021 Hi | A | Dividend | J | T | Buy | 03/13/19 | K | | |
| 168.  -- | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 169.  -- | | | | | Sold<br>(part) | 10/24/19 | J | | |
| 170.  -- | | | | | Sold<br>(part) | 12/27/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  --INVESCO Dynamic Software ETF | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 172.  --INVESCO QQQ Trust Series 1 | A | Dividend | L | T | Buy | 06/14/19 | K | | |
| 173.  -- | | | | | Buy (add'l) | 10/24/19 | K | | |
| 174.  -- | | | | | Buy (add'l) | 11/18/19 | J | | |
| 175.  -- | | | | | Buy (add'l) | 12/27/19 | J | | |
| 176.  --INVESCO Total Return Bond ETF | A | Dividend | L | T | Buy | 06/14/19 | J | | |
| 177.  -- | | | | | Buy (add'l) | 08/26/19 | K | | |
| 178.  -- | | | | | Buy (add'l) | 10/24/19 | J | | |
| 179.  -- | | | | | Buy (add'l) | 12/27/19 | K | | |
| 180.  --ISHARES Core 10+ Year USD Bond | A | Dividend | | | Buy | 08/23/19 | K | | |
| 181.  -- | | | | | Sold | 12/27/19 | K | | |
| 182.  --ISHARES Core Diidend Growth | A | Dividend | L | T | Buy | 04/12/19 | K | | |
| 183.  -- | | | | | Buy (add'l) | 06/14/19 | J | | |
| 184.  -- | | | | | Buy (add'l) | 09/11/19 | J | | |
| 185.  -- | | | | | Buy (add'l) | 10/24/19 | J | | |
| 186.  -- | | | | | Buy (add'l) | 12/27/19 | K | | |
| 187.  --ISHARES Core S&P Total US Stock | B | Dividend | K | T | Buy | 03/13/19 | K | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.   -- | | | | | Sold<br>(part) | 10/24/19 | J | | |
| 189.   -- | | | | | Sold<br>(part) | 12/27/19 | J | A | |
| 190.   --John Hancock Intl Growth I | A | Dividend | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 191.   -- | | | | | Sold | 12/27/19 | K | B | |
| 192.   --JPMorgan UltraShort Inc ETF | A | Dividend | | | Buy | 06/14/19 | K | | |
| 193.   -- | | | | | Sold<br>(part) | 07/25/19 | J | | |
| 194.   -- | | | | | Sold<br>(part) | 09/11/19 | J | | |
| 195.   -- | | | | | Buy<br>(add'l) | 10/24/19 | J | | |
| 196.   -- | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 197.   -- | | | | | Sold | 12/27/19 | J | A | |
| 198.   --Loomis Growth | | None | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 199.   -- | | | | | Sold<br>(part) | 03/13/19 | J | | |
| 200.   -- | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 201.   -- | | | | | Sold | 08/23/19 | J | D | |
| 202.   --Loomis SR FLTNG RT & FX Inc Y | A | Dividend | | | Buy<br>(add'l) | 01/08/19 | J | | |
| 203.   -- | | | | | Sold<br>(part) | 03/13/19 | J | | |
| 204.   -- | | | | | Sold | 06/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |
| 206.  --Nationwide Geneva SM Cap GW | A | Dividend | J | T | Sold<br>(part) | 01/08/19 | J | | |
| 207.  -- | | | | | Sold<br>(part) | 10/24/19 | J | B | |
| 208.  --Nuveen High Income 2020 Target | A | Dividend | | | Buy | 01/08/19 | J | | |
| 209.  -- | | | | | Sold | 03/13/19 | J | | |
| 210.  --Nuveen High Income Dec 2019 | A | Dividend | | | Sold | 03/13/19 | J | | |
| 211.  --Pacer Beenchmark Data & Infra | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 212.  --Pacer TrendPilot US Large Cap 750 | | None | | | Sold<br>(part) | 01/08/19 | K | | |
| 213.  --Pacer TrendPilot 100 ETF | | None | | | Sold<br>(part) | 01/08/19 | J | | |
| 214.  -- | | | | | Sold | 03/13/19 | J | | |
| 215.  --PGIM Abolute Return Bond Z | A | Dividend | | | Sold<br>(part) | 01/08/19 | J | | |
| 216.  -- | | | | | Sold | 04/12/19 | J | | |
| 217.  --PGIM JEN Intl Opportunies Z | | None | K | T | Buy | 12/27/19 | K | | |
| 218.  --PGIM QMA Long-Short Equity Z | | None | | | Sold<br>(part) | 01/08/19 | J | | |
| 219.  -- | | | | | Sold | 06/14/19 | J | A | |
| 220.  --Proshrs S&P Mid 400 DVD Arist | A | Dividend | | | Sold | 10/24/19 | J | B | |
| 221.  --Real Estate Select Sect SPDR | A | Dividend | J | T | Buy | 06/14/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- | | | | | Buy (add'l) | 09/04/19 | J | | |
| 223. -- | | | | | Buy (add'l) | 09/11/19 | J | | |
| 224. -- | | | | | Sold (part) | 10/24/19 | J | A | |
| 225. --SPDR Portf Emer Market ETF | A | Dividend | J | T | Buy | 04/12/19 | K | | |
| 226. -- | | | | | Sold (part) | 05/23/19 | J | | |
| 227. -- | | | | | Sold (part) | 06/14/19 | J | | |
| 228. -- | | | | | Sold (part) | 10/24/19 | J | | |
| 229. --SPDR S&P 600 Sm Cap Val ETF | A | Dividend | J | T | Sold (part) | 05/23/19 | J | | |
| 230. --Vanguard Mid Cap Value ETF | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 231. --Western Asset Macro Opport | B | Dividend | J | T | Sold (part) | 01/08/19 | J | | |
| 232. -- | | | | | Sold (part) | 03/13/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Damich, Edward J. | 08/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

Part VII: Alger SMID Cap Focus Z changed its name to Alger Weatherbie SPZD GRW FD Z .

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/07/2020 |

## IX. CERTIFICATION.

 I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

 I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Damich**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544